IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**SANDI LYNN JACOBS**                                                                                       **PLAINTIFF**

v.                                                                             No. 3:24-CV-379-MPM-RP

**COMMISSIONER OF SOCIAL SECURITY**                                                 **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On December 27, 2024, United States Magistrate Judge Roy Percy issued a Report and Recommendation ("R&R") recommending the denial of Plaintiff Sandi Lynn Jacob's motion to proceed *in forma pauperis*. ECF #4. The R&R warned Jacobs that her failure to file written objections to the proposed findings, conclusions, and recommendation by January 10, 2025 would bar her from appellate review of the decision except on plain error grounds. *Id*. No objections to the R&R have been filed.

"[P]lain error review applies where a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court despite being served with notice of the consequences of failing to object." *Quintero v. State of Texas – Health and Hum. Servs. Comm'n*, No. 22-50916, 2023 WL 5236785, at *2 (5th Cir. Aug. 15, 2023) (cleaned up). "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citation omitted).

Having reviewed the R&R for plain error, this court concludes that it is neither clearly erroneous nor contrary to law. According, the R&R [ECF #4] is ADOPTED as the order of the court and Jacobs' motion to proceed *in forma pauperis* [ECF #2] is DENIED. Within fourteen (14) days of the entry of this order, Jacobs must pay the filing fee for this case.

**SO ORDERED**, this the 18th day of February 2025.

  /s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI